No. 98–198. WHELAN ET AL. *v.* MERRELL DOW PHARMACEUTICALS, INC. C. A. D. C. Cir. Certiorari denied.

No. 98–201. KOCH ET AL. *v.* JAMES ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–215. HELLER *v.* FORTIS BENEFITS INSURANCE CO. C. A. D. C. Cir. Certiorari denied.

No. 98–219. FRIES *v.* HELSPER ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–228. FRISARD *v.* TRAINA. C. A. 5th Cir. Certiorari denied.

No. 98–229. FUTURA DEVELOPMENT OF PUERTO RICO, INC. *v.* ESTADO LIBRE ASOCIADO DE PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–230. AETNA LIFE INSURANCE CO. *v.* ACE. C. A. 9th Cir. Certiorari denied.

No. 98–232. COUGHIN *v.* CITY OF BIRMINGHAM. Cir. Ct. Ala., Jefferson County. Certiorari denied.

No. 98–244. REPEAT-O-TYPE STENCIL MANUFACTURING CORP. *v.* HEWLETT-PACKARD CO. C. A. 9th Cir. Certiorari denied.

No. 98–253. COOKSEY BROTHERS DISPOSAL CO., INC. *v.* BOYD COUNTY. Ct. App. Ky. Certiorari denied.

No. 98–255. PAUL *v.* FARMLAND INDUSTRIES, INC. C. A. 8th Cir. Certiorari denied.

No. 98–256. SALTSMAN ET AL. *v.* CAMPBELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–261. MA ET AL. *v.* BROWN ET UX. C. A. 9th Cir. Certiorari denied.

No. 98–265. SMITH *v.* UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT ET AL. C. A. 10th Cir. Certiorari denied.